AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Donald Robert Smith<br><br>*Defendant(s)* | Case No. 8:22MJ1777TGW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 1, 2022 - August 3, 2022__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 1951 | Hobbs Act robbery |
| 18 U.S.C § 924(c) | Brandishing a firearm during a crime of violene |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Randall Camp, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug. 4, 2022

_____
*Judge's signature*

City and state: Tampa, Florida          Thomas G. Wilson, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Task Force Officer Randall Camp, of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state as follows:

1. I am a sworn federal law enforcement officer of the United States of America and thus am charged with the duty of enforcing the laws of the United States and possess the authority to request, obtain, and execute orders of the United States' Courts.

2. I, Randall Camp, have been employed by the Florida Department of Law Enforcement since 2016. I am currently assigned to the Major Crimes Squad and am responsible for investigating officer involved shootings and criminal offenses, including homicides, robberies, criminal street gangs, sexual batteries, and other various crimes. I was formerly employed by the Tampa Police Department and served for 28 years. While working at the Tampa Police Department, I was assigned as a police detective for approximately 14 years and investigated violent crimes including assaults, robberies, homicides, weapons violations and other various crimes.

3. While employed in these positions, I received substantial additional training in subject matters specific to each position's requirements and challenges encountered in furtherance of law enforcement duties. In connection with my official duties, I investigate a variety of criminal violations of federal laws, including the investigation of violent crimes and other firearms-related offenses such as armed robberies and armed

Page 1 of 6

drug trafficking.

4. I submit only those facts believed to be relevant in the determination of probable cause, and this affidavit should not be construed as a complete statement of all the facts in this investigation. I derived the following pertinent facts through consultation with other law enforcement officers, a review of reports, and my personal investigative efforts and personal knowledge, as well as my experience and background.

5. This investigation involves a series of two (2) commercial armed robberies that have occurred within the Middle District of Florida, in Hillsborough County, between August 1, 2022, and August 3, 2022. The investigation concerns violations of 18 U.S.C. § 1951(a) (interference with interstate commerce by robbery and conspiracy to commit the same) and 924(c)(ii) (brandishing a firearm in furtherance of a crime of violence). These armed robberies were similar in the means and manner in which they were committed. Specifically, the offender concealed his identity by wearing a black COVID mask and black nylon head covering, brandished a black and silver semi-automatic pistol, and demanded money from the business. The physical description and body build, as provided by the victims and by reviewing surveillance video footage, were very similar in both robberies. As more fully described below, the investigation has identified one individual, **DONALD ROBERT SMITH**, believed to be responsible for the aforementioned violations.

6. On August 1, 2022, at approximately 9:01 pm, a black male suspect entered

the International House of Pancakes (IHOP) restaurant, located at 3501 E Busch Boulevard, Tampa, Florida. The black male suspect approached an IHOP employee, victim number one (**V1**), and asked if he could get a sweet tea. **V1** and the suspect entered the restaurant where **V1** prepared a soft drink for the suspect and gave it to him at no charge. The suspect removed a black and silver semi-automatic pistol from his left pocket and then switched the weapon to his right hand. The suspect pointed the pistol at **V1** and demanded money. **V1** handed the suspect a black IHOP order book that contained her tips and cash that belonged to the restaurant. The suspect then pointed the pistol at **V1** and another IHOP employee, victim number two (**V2**), and ordered them to place their cell phones on the floor. The suspect then fled the business eastbound on foot.

7. The robbery was captured on an IHOP surveillance camera that was mounted on the interior of the business. **V1** described the suspect as being a black male, approximately 30 years of age, 6' 1" tall, 200 pounds, wearing a white t-shirt, black shorts, a black nylon head covering, a black COVID mask, and black hi-top sneakers. The surveillance video showed that the black male suspect appeared to be wearing an ankle monitor. Images taken from the surveillance camera footage showed distinctive star shaped tattoos and word tattoos on the left side of the suspect's neck, and a marijuana leaf tattoo on the suspect's left hand.

8. On August 3, 2022, at approximately 3:27 pm, a black male suspect entered the Dollar General store, located at 9806 N US Highway 301, Tampa, Hillsborough

County, Florida. The suspect approached a Dollar General employee, victim number three (**V3**), who was behind the store register. The suspect removed a black and silver semi-automatic pistol from his right pocket, pointed it at **V3**, and demanded money from both registers. The suspect took an unknown amount of U.S. Currency from the store's registers and then fled the business on foot. The robbery was captured on the Dollar General surveillance cameras. The suspect was described as a black male, approximately 25-30 years of age, 6'3", 190 pounds, wearing a black t-shirt, light blue ripped jeans, black nylon head covering, a black COVID mask, and black sneakers.

### Subsequent Investigation

10.  As the investigation progressed, law enforcement officers researched recent arrest offenders who were utilizing ankle worn global positioning system (GPS) monitoring in Hillsborough County, Florida. A search of private GPS monitoring companies revealed a list of seventeen (17) recent Hillsborough County offenders who were utilizing GPS ankle monitors, that were provided by private sub-contractors. One of the listed subjects, **DONALD ROBERT SMITH**, date of birth 12/11/1994, matched the physical height of 6'2". Florida Department of Corrections (FDOC) records showed that **SMITH** had several prior convictions for armed robbery with a firearm, in Hillsborough County, Florida. FDOC records and Hillsborough County Sheriff's Office (HCSO) records revealed that **SMITH** has star shaped tattoos on his neck. A social media search for **SMITH's** Facebook profile, "Donald Smith", revealed a photograph of

a marijuana leaf tattoo on his left hand.

11. Law enforcement officers obtained GPS monitoring data from Roche Monitoring Service LLC., the company that provides the ankle monitor that was issued to **DONALD ROBERT SMITH**. Those GPS records for August 1, 2022, between 9:04 pm and 9:10 pm, showed that **SMITH's** GPS monitor was near the address of 3509 E Busch Boulevard, Tampa, Florida, in close proximity to the IHOP at the time of the robbery. The GPS records for August 3, 2022, between 3:26 pm and 3:58 pm, showed that **SMITH's** GPS monitor was near the address of 9008 Copeland Road, Tampa, Florida, in close proximity to the Dollar General store at the time of the robbery.

12. On August 4, 2022, law enforcement detectives met with an acquaintance of **SMITH** and showed him/her the surveillance video footage from the IHOP and the Dollar General. The witness positively identified **DONALD ROBERT SMITH** as the person in the videos. The witness had a relationship with **SMITH** and knows him well.

13. Based on the foregoing, there is probable cause to believe that **DONALD ROBERT SMITH** committed commercial armed robberies.

14. I know based on my training and experience that IHOP and Dollar General are chain establishments with franchises all over the United States, and that its business affects interstate commerce. IHOP and Dollar General's inability to do business during and after the time of a robbery affects interstate and foreign commerce. Additionally, the

depletion of IHOP and Dollar General's assets through a robbery also affects interstate and foreign commerce.

15. WHEREFORE, probable cause exists to believe that **DONALD ROBERT SMITH** committed the Hobbs Act Robberies of the IHOP, in Tampa, Florida, on August 1, 2022, and the Dollar General, in Tampa, Florida, on August 3, 2022, in violation of Title 18, United States Code, Sections 1951(a) and 924(c), and I respectfully request that a criminal complaint be issued for their arrest.

This completes my affidavit.

_____
Randall J. Camp
Task Force Officer, ATF


Sworn to and subscribed before
me on this 4th day of August 4, 2022.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

Page **6** of **6**